IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BANK OF NEW YORK MELLON
TRUST COMPANY, N.A.,
f/k/a THE BANK OF NEW YORK
TRUST COMPANY, N.A.,
as SUCCESSOR TO
JPMORGAN CHASE BANK, N.A.
as TRUSTEE FOR RASC 2002KS4

    Plaintiff,

v.                                                CASE NO. 1:10-cv-00221-SPM -GRJ

FRANK C. JOHNSON, JR.,
a/k/a FRANK JOHNSON, JR., and
RUTH B. JOHNSON,

    Defendants.
_____/

## **ORDER**

Pending before the Court is a motion filed by Defendants entitled "Leave to Filed Omitted Cases Below For the Court to Take Judicial Notice Under Fla. Stat. 90.201-90.207, In Support of Amended Complaint Filed 12/13/2010, Under Fla. R.Civ.P. 1.190, Fed.R.Civ.P. 12(A)(B). " (Doc. 30.) The Court construes the motion as a request to file supplemental authority in support of Defendants' Motion For Leave to Amend Complaint, filed on December 13, 2010. (Doc. 27.) The Court denied Defendant's Motion For Leave To Amend Complaint in the Court's Order, entered on December 15, 2010 (Doc. 29) based upon the fact that there is no pending complaint by Defendants to amend and this action is due to be remanded to state court. Consequently, there is no need for supplemental authority.

Accordingly, Defendants motion entitled "Leave to Filed Omitted Cases Below

For the Court to Take Judicial Notice Under Fla. Stat. 90.201-90.207, In Support of Amended Complaint Filed 12/13/2010, Under Fla. R.Civ.P. 1.190, Fed.R.Civ.P. 12(A)(B) " (Doc. 30) is **DENIED**

  **DONE AND ORDERED** this 20th day of December 2010.


       *s/Gary R. Jones*
       GARY R. JONES
       United States Magistrate Judge