**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

BANK OF NEW YORK MELLON
TRUST COMPANY NA,

      Plaintiff,

vs.                              CASE NO. 1:10-cv-221-SPM/GRJ

FRANK C. JOHNSON, JR., et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 16), which recommends that

Plaintiff's Motion for Remand (doc. 11) be granted.  Defendants have been

afforded an opportunity to file objections pursuant to Title 28, United States

Code, Section 636(b)(1).  Defendants filed an objection (doc. 34).  Pursuant to

Title 28, United States Code, Section 636(b)(1), I have conducted a de novo

review of the sections of the report to which objections have been made.  I find

that the Report and Recommendation is correct and should be adopted.

The Court agrees with the Magistrate Judge that this case must be

remanded to state court, as the removal of this foreclosure action from state

court to federal court was improper and without any basis for federal jurisdiction.

The Defendants' objection to the Magistrate Judge's Order denying the

Defendants' separate Motion to Proceed In Forma Pauperis (doc. 31) is

irrelevant to the Court's consideration of whether to remand this matter, and is

also baseless. However, the Court will not enter an Order awarding attorney fees

and costs to Plaintiff.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 16) is

        *adopted* and incorporated by reference into this order.

2.      Plaintiff's Motion to Remand (doc. 11) is GRANTED. This matter is

        remanded to the Circuit Court for the Eighth Judicial Circuit in and

        for Alachua County, Florida.

3.      Plaintiff's request for an award of costs and expenses is DENIED.

3.      All pending motions are denied as moot.

DONE AND ORDERED this twenty-seventh day of December, 2010.


        s/ Stephan P. Mickle
        _____
        Stephan P. Mickle
        Chief United States District Judge